UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN RODRIGUEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>MIGUEL RUIZ, *et al.*,<br><br>            Defendants. | Case No. 2:20-cv-01525-JDP (PC)<br><br>ORDER GRANTING CDCR'S MOTION FOR AN EXTENSION OF TIME AND DENYING PLAINTIFF'S MOTION TO SET A SETTLEMENT CONFERENCE<br><br>ECF Nos. 25, 27 |

      The CDCR has filed a motion for an extension of time to file the CDCR Notice of E-Service Waiver in accordance with the court's January 20, 2021. ECF No. 25. Good cause appearing, CDCR's motion is granted and the notice filed on March 2, 2021 is deemed timely.

      Also pending is plaintiff motion that requests a settlement conference be set in this case. ECF No. 27. None of the defendants have appeared in this action, and the time for defendants to respond to the complaint has not yet expired. *See* Fed. R. Civ. P. 4(d)(4). Thus, it would be premature to set a settlement conference at this time. Plaintiff's motion, ECF No. 27, will therefore be denied without prejudice. Plaintiff is notified that once defendants have filed a response to the complaint, I will evaluate whether this case should be referred to the court's Alternative Dispute Resolution ("ADR") Project.

IT IS SO ORDERED.

Dated: ____April 5, 2021____          _/s/ Jeremy Peterson_
                                       JEREMY D. PETERSON
                                       UNITED STATES MAGISTRATE JUDGE