1
2
3
4
5
6
7
8                                  UNITED STATES DISTRICT COURT
9                             FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   JULIAN RODRIGUEZ,                              Case No.  2:20-cv-01525-JDP (PC)
12                        Plaintiff,                ORDER GRANTING DEFENDANTS'
                                                    MOTION TO OPT OUT OF EARLY
13          v.                                      SETTLEMENT CONFERENCE AND
                                                    LIFTING THE STAY
14   MIGUEL RUIZ, *et al.*,
                                                    ECF No. 33
15                        Defendants.
16

17          Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought

18   under 42 U.S.C. §1983.  On October 15, 2021, defendants filed a motion to opt out of the court's

19   alternative dispute resolution program.  ECF No. 33.

20          Good cause appearing, it is hereby ORDERED that defendants' motion, ECF No. 33, is

21   granted, and the stay entered September 16, 2021 is lifted.

22
23   IT IS SO ORDERED.

24
     Dated:    October 18, 2021            _____
25                                         JEREMY D. PETERSON
                                           UNITED STATES MAGISTRATE JUDGE
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28