IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JULIAN RODRIGUEZ,** | Case No. 2:20-cv-01525-JDP (PC) |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| **MIGUEL RUIZ, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Motion to Stay non-exhaustion-based discovery, ECF No. 44, is GRANTED.  Discovery pertaining to issues other than the exhaustion of an administrative remedy will not be permitted absent an order from this Court.  The deadlines in the Discovery and Scheduling Order are vacated.  A new Discovery and Scheduling Order will be issued after a final ruling on Defendants' Exhaustion-Based Motion for Summary Judgment, if necessary.

1
2   IT IS SO ORDERED.

3
4   Dated:    February 3, 2022                    _____
                                                  JEREMY D. PETERSON
5                                                 UNITED STATES MAGISTRATE JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28