UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN RODRIGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>MIGUEL RUIZ, *et al.*,<br><br>        Defendants. | Case No. 2:20-cv-01525-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH LOCAL RULES<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

On January 19, 2022 and February 2, 2022, defendants filed a motion for summary judgment, ECF No. 41, and a motion to dismiss, ECF No. 45, respectively. To date, plaintiff has not filed a response to either.[1]

In cases where a party is incarcerated and proceeding without counsel, a responding party is required to file an opposition or statement of non-opposition not more twenty-one days after the date the motion is served. E.D. Cal. L.R. 230(l). Failure "to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." *Id.*

---

[1] Plaintiff has filed eight pages of exhibits—however, there is no accompanying text indicating the purpose of the exhibits. ECF No. 48. Plaintiff does not state whether these exhibits are offered in response to defendants' motions or for some other purpose entirely. Without any indication that these exhibits are in response to defendants' motions, the court cannot conclude that plaintiff has filed a response to either motion.

1

1    To manage its docket effectively, the court requires litigants to meet certain deadlines.
2 The court may impose sanctions, including dismissal of a case, for failure to comply with court
3 orders or local rules.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council*
4 *v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41
5 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to
6 administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v.*
7 *Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

8    Plaintiff will be given a chance to explain why the court should not dismiss the case for
9 his failure to timely file an opposition or statement of non-opposition to defendants' motion.
10 Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and
11 will result in a recommendation that this action be dismissed.  Accordingly, plaintiff is ordered to
12 show cause within twenty-one days why this case should not be dismissed for failure to prosecute
13 and for failure to comply with the court's local rules.  Should plaintiff wish to continue with this
14 lawsuit, he shall, within twenty-one days, file an opposition or statement of non-opposition to
15 defendants' motion.

IT IS SO ORDERED.

Dated:    October 12, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE