UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN RODRIGUEZ, | Case No. 2:20-cv-01525-JDP (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS |
| v. | |
| MIGUEL RUIZ, *et al.*, | |
| Defendants. | OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On January 19 and February 2, 2022, defendants filed a motion for summary judgment, ECF No. 41, and a motion to dismiss, ECF No. 45. To date, plaintiff has not filed a response to either motion. Accordingly, on October 13, 2022, I ordered plaintiff to show cause within twenty-one days why this action should not be dismissed for failure to prosecute and for failure to comply with court orders. ECF No. 50. I notified him that if he wished to continue this lawsuit, he needed to file, within twenty-one days, an opposition or statement of non-opposition to defendants' motions. *Id*. I also warned him that failure to comply with that order would result in a recommendation that this action be dismissed. *Id*.

The deadline has passed, and plaintiff has neither filed an opposition to defendants' motions nor otherwise responded to the October 13, 2022 order.

Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a United States District Judge to this case.

1

Further, it is hereby ORDERED that:

1. This action be dismissed for failure to prosecute and failure to comply with court orders.

2. All pending motions, ECF Nos. 36, 37, 39, 41, & 45, be denied as moot.

3. The Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:   December 2, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE